JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HACKETT,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>    Defendant. | Case No. 5:17-cv-00061 RGK (SPx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. R. Gary Klausner |

    Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:17-cv-00061 RGK (SPx), is dismissed in its entirety as to all defendants, with prejudice.

    IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

    IT IS SO ORDERED.

Dated: April 4, 2017

_____
Hon. R. Gary Klausner
United States District Court Judge